COM.

v.

**O'DONNELL, T.**

**2261 EDA 2016**

Superior Court of Pennsylvania.

03/07/2017

CP–46–CR–0005158–2015
(Montgomery)

Affirmed

COM.

v.

**LUKE, B.**

**724 MDA 2016**

Superior Court of Pennsylvania.

3/7/2017

CP–40–CR–0000833–2014
(Luzerne)

Affirmed

COM.

v.

**SEXTON, M.**

**888 MDA 2016**

Superior Court of Pennsylvania.

03/07/2017

CP–38–CR–0001217–2013
(Lebanon)

Affirmed

COM.

v.

**JILES, S.**

**1063 MDA 2016**

Superior Court of Pennsylvania.

03/07/2017

CP–67–CR–0002718–2009
CP–67–CR–0002719–2009
CP–67–CR–0002745–2010
CP–67–CR–0003039–2009
(York)

Remanded Jurisdiction Retained